IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS W. ARBEE,

        Petitioner,

    v.

SCOTT KERNAN, Secretary of the California
Department of Corrections and Rehabilitation,
and RONALD DAVIS, Warden of San
Quentin State Prison,

        Respondents.

                                      /

No. C 17-05962 WHA

**ORDER DENYING MOTION
TO APPOINT COUNSEL**

Petitioner Louis Arbee has filed a motion for appointment of counsel. The Sixth
Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*,
791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district
court to appoint counsel to represent a habeas petitioner whenever "the court determines that the
interests of justice so require and such person is financially unable to obtain representation."
The issues presented in the petition are straightforward and there is currently no indication that
an evidentiary hearing is required. The interests of justice do not require appointment of
counsel. Petitioner's motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated: June 27, 2018.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE